**Seth L. SULLIVAN, Plaintiff–
Appellant,**

v.

**John E. LAPLANTE, Defendant–
Appellee.**

No. 05–5046.

United States Court of Appeals,
Second Circuit.

April 11, 2006.

Kevin A. Luibrand, Tobin and Dempf, LLP, Albany, NY, for Appellant.

Martin A. Hotvet, Assistant Solicitor General (Eliot Spitzer, Attorney General, Andrea Oser, Assistant Solicitor General, on the brief), Office of the Attorney General, Albany, NY, for Appellee.

PRESENT: JOSÉ A. CABRANES, SONIA SOTOMAYOR Circuit Judges and JOHN GLEESON, District Judge.*

* The Honorable John Gleeson, United States District Judge for the Eastern District of New

## SUMMARY ORDER

Plaintiff Seth L. Sullivan appeals from a August 16, 2005 judgment of the District Court dismissing all claims against defendant John E. LaPlante on the basis of LaPlante's motion for summary judgment.

We assume the parties' familiarity with the underlying facts and procedural history.

Substantially for the reasons stated in the thoughtful and comprehensive opinion of the District Court, we conclude that summary judgment for the defendants was appropriate for all the claims in the complaint.

We have carefully considered all of Sullivan's arguments and find them without merit. The judgment of the District Court is AFFIRMED.